IN THE SUPERIOR COURT OF LEE COUNTY
STATE OF GEORGIA

ROSE MARIE HAGADORN,

      Plaintiff,

v.

WAL-MART STORES, INC.,
a Delaware corporation;
WAL-MART STORES EAST, LP (DELAWARE),
a Delaware Limited Partnership;
WALMART, INC., a Delaware corporation;
WALMART, a corporation;
WALMART, a limited liability company;
WALMART, a partnership;
WALMART, a sole proprietorship; and
WALMART, a trust;

      Defendants.
_____/

Civil Action File No.
23CV00082JS

## NOTICE OF REMOVAL

COME NOW Defendants, WAL-MART STORES, INC., a Delaware Corporation (now known as WALMART INC.); WAL-MART STORES EAST, LP (DELAWARE), a Delaware limited partnership; WALMART, INC., a Delaware corporation; WALMART, a corporation; WALMART, a limited liability company (erroneously named); WALMART, a partnership (erroneously named); WALMART, a sole proprietorship (erroneously named); and WALMART, a trust (erroneously named), in the above-captioned matter, by and through its counsel

of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit in the Superior Court of Lee County, Georgia, which is within the Albany Division of this Court. 28 U.S.C.A. §90(b)(4). Said lawsuit is styled as above and is numbered as Civil Action File No. 23CV00082JS. Plaintiff's claims against Defendant include allegations of negligence.

2.

Plaintiff filed the Complaint on or about February 28, 2023. Defendants received service of summons and a copy of the Complaint on March 2, 2023. In the Complaint, Plaintiff did not specify an amount of money she is seeking. A copy of the Complaint is attached hereto as Exhibit "A".

3.

Defendants WAL-MART STORES, INC., a Delaware Corporation (now known as WALMART INC.), WAL-MART STORES EAST, LP (DELAWARE), a Delaware limited partnership, WALMART, INC., a Delaware corporation, are Arkansas corporations with their principal place of business in the State of Arkansas. Defendants WAL-MART STORES, INC., a Delaware Corporation (now

known as WALMART INC.), WAL-MART STORES EAST, LP (DELAWARE), a Delaware limited partnership, WALMART, INC., a Delaware corporation were not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter.

4.

Defendant "Walmart, a corporation"; Defendant "Walmart, a limited liability company"; Defendant "Walmart, a partnership"; Defendant "Walmart, a sole proprietorship"; and Defendant "Walmart, a trust" are not proper parties and are not legal entities.

5.

Plaintiff Rose Marie Hagadorn is a citizen of the State of Georgia.

6.

Complete diversity of citizenship exists between Plaintiff and Defendants.

7.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendants.

8.

On May 10, 2023, Plaintiff Hagadorn made a verbal demand of $90,000 to settle the instant matter.  <u>See</u> Declaration of Ashley A. Bagiatis, Esq., attached hereto as Exhibit "B".

9.

As it was not facially apparent from the Complaint that the action was removable, the Plaintiff's verbal demand to settle for $90,000 constitutes "other paper" from which it was first ascertainable that the case had become removable. 28 U.S.C. §1441(b).  <u>See</u> <u>AAA Abachman Enterprises, Inc. v. Stanley Steemer Intern., Inc.</u>, 268 Fed. Appx., 864, 867 (11th Cir. 2008) (relying on plaintiff's demand letter seeking more than $75,000 to establish federal jurisdiction).  An affidavit supplied by defendant attesting to a verbal settlement discussion with plaintiff's counsel satisfies the requirement that the information regarding the amount in controversy was supplied by the plaintiff.  <u>See</u> <u>Lowery v. Alabama Power Co.</u>, 483 F.3d 1184, 1211 (11th Cir. 2007); <u>Lazo v. U.S. Airways, Inc.</u>, No. 08-80391-CIV, 2008 WL 3926430 at *4-5 (S.D. Fla., Aug. 26, 2008).

10.

Defendant is filing this Notice of Removal within thirty (30) days of this case becoming removable.

11.

Plaintiff's claim for damages exceeds the $75,000 jurisdictional threshold.

12.

Pursuant to the provisions of 28 U.S.C. §1446, Defendant has attached as Exhibit "C" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the Superior Court of Lee County, Georgia for the above-styled case.

13.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

14.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

15.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Lee County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant prays that the above-captioned lawsuit be removed to the United States District Court for the Middle District of Georgia, Albany Division.

- Signature page follows -

McLAIN & MERRITT, P.C.

/s/ Ashley A. Bagiatis
Ashley A. Bagiatis
Georgia Bar No. 141360
Attorneys for Defendants
WAL-MART STORES, INC.
WAL-MART STORES EAST, LP
WALMART, INC., a Delaware corporation
WALMART, INC., a corporation
WALMART, a limited liability company
WALMART, a partnership
WALMART, a sole proprietorship
WALMART, a trust

3445 Peachtree Road NE
Suite 500
Atlanta GA  30326
(404) 266-9171
(404) 364-3138 (fax)
aabagiatis@mmatllaw.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 9, 2023, I electronically filed **Notice of Removal** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                          McLAIN & MERRITT, P.C.

                          <u>/s/ Ashley A. Bagiatis</u>
                          Ashley A. Bagiatis
                          Georgia Bar No. 141360
                          Attorneys for Defendants
                          WAL-MART STORES, INC.
                          WAL-MART STORES EAST, LP
                          WALMART, INC., a Delaware corporation
                          WALMART, INC., a corporation
                          WALMART, a limited liability company
                          WALMART, a partnership
                          WALMART, a sole proprietorship
                          WALMART, a trust

3445 Peachtree Road NE
Suite 500
Atlanta GA  30326
(404) 266-9171
(404) 364-3138 (fax)
aabagiatis@mmatllaw.com